# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McLaughlin, Mary A. | U.S.District Court,E.D.PA | 03/13/2000 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Nominee - U.S.District Judge | X Nomination, Date 03/09/2000 <br><br> ___ Initial ___ Annual ___ Final | 01/01/1999 to 03/10/2000 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Dechert Price & Rhoads("DP&R") <br><br> 1717 Arch Street <br><br> Philadelphia, PA 19103 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | Dechert Price & Rhoads |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1995 | DP&R Partnerhip Agreement re: payments made on withdrawal from partnership: paid in capital and cumulative percentage interest in the profits of (cont'd. Part 8 |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1998 | Share of firm profits as Partner of DP&R | $ 516,071.00 |
| 2 | 1999 | Share of firm profits as Partner of DP&R | $ 592,625.00 |
| 3 | 2000 | Draw against firm profits as Partner of DP&R | $ 35,625.00 |
| 4 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Mary A. | 03/13/2000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE (No such reportable gifts.) | | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 03/13/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 1 DP&R Capital Account | E | Interest | M | T | | | | | |
| 2 First Union Cap Account | A | Interest | K | T | | | | | |
| 3 First Union Checking Account | | None | K | T | | | | | |
| 4 First Union Savings Account | A | Interest | J | T | | | | | |
| 5 Harbor Capital Appreciation (HR10) | D | Dividend | L | T | | | | | |
| 6 Harbor International Fund (HR10) | B | Dividend | K | T | | | | | |
| 7 MAS Small Capitalization Value (HR10) | B | Dividend | K | T | | | | | |
| 8 MAS Value Portfolio (HR10) | D | Dividend | K | T | | | | | |
| 9 PIMCO Low-Duration Fund II (HR10) | B | Dividend | K | T | | | | | |
| 10 PIMCO Total Return-Inst Class (HR10) | C | Dividend | L | T | | | | | |
| 11 Scudder International Fund (HR10) | B | Dividend | K | T | | | | | |
| 12 Strong Common Stock Fund (HR10) | C | Dividend | K | T | | | | | |
| 13 Vanguard Index Trust 500 Portfolio (HR10) | B | Dividend | M | T | | | | | |
| 14 Fidelity Spartan Money Market (HR10) | A | Dividend | J | T | | | | | |
| 15 Brinson U.S. Equity (HR10) | B | Dividend | K | T | | | | | |
| 16 Windsor - 401(k) | | None | K | T | | | | | |
| 17 Retirement Savings Trust Fund (401(k)) | D | Dividend | M | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 03/13/2000 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 MSDW Global Div Grow B (IRA) | A | Dividend | J | T | | | | | |
| 19 MSDW Developing Growth B (IRA) | A | Dividend | K | T | | | | | |
| 20 MSDW American Opportunities B (IRA) | A | Dividend | K | T | | | | | |
| 21 Mellon Bank - Medical Savings Account | A | Interest | J | T | | | | | |
| 22 Interest in Deed of Trust (Bell Atlantic Properties) | B | Interest | J | T | | | | | |
| 23 Vanguard Index Trust 500 | A | Dividend | L | T | | | | | |
| 24 Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 25 Internet Capital Group, Inc.-Stock | . | None | K | T | | | | | |
| 26 Intersil Corporation - Stock | | None | K | T | | | | | |
| 27 Adolor Corporation-Series G Preferred Stock | | None | J | U | | | | | |
| 28 Idealab!-Series D Preferred Stock | | None | J | U | | | | | |
| 29 United Internet Artists Corp. (Z.com) Series C Preferred | | None | J | U | | | | | |
| 30 Schwab - Money Market Fund | C | Interest | M | T | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

(PART 2: Parties and Terms -- Continued)   ...the firm for the year in which partner withdraws less profit distributions made before withdrawal.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Mary A. | 03/13/2000 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

(PART 2: Parties and Terms -- Continued)   ...the firm for the year in which partner withdraws less profit distributions made before withdrawal.

# IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Mary M. McLaughlin_     Date 3/13/2000

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544